AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Wachovia Bank, National Association, successor by merger to SouthTrust Bank

V.

Caban West, L.P., Miles E. Hill, Jr., and Rudolph H. Beaver

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07cv993-mht

TO: (Name and address of Defendant)

Cabana West, LP
c/o Miles Hill, its Registered Agent
730 North Dean Road, Suite 200
Auburn, AL 36830

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

D. Christopher Carson
Jason D. Woodard
Jennifer A. Harris
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, Alabama 35203

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    11-6-07
CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Middle _____ District of _____ Alabama _____

Wachovia Bank, National Association, successor by merger to SouthTrust Bank

V.

Caban West, L.P., Miles E. Hill, Jr., and Rudolph H. Beaver

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07CV993-mht

TO: (Name and address of Defendant)

Miles E. Hill, Jr.
730 North Dean Road, Suite 200
Auburn, AL 36830

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

D. Christopher Carson
Jason D. Woodard
Jennifer A. Harris
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, Alabama 35203

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                11-6-07
CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Wachovia Bank, National Association, successor by merger to SouthTrust Bank

V.

Caban West, L.P., Miles E. Hill, Jr., and Rudolph H. Beaver

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07cv993-mht

TO: (Name and address of Defendant)

Rudolph H. Beaver
730 North Dean Road, Suite 200
Auburn, AL 36830

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

D. Christopher Carson
Jason D. Woodard
Jennifer A. Harris
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, Alabama 35203

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett    11-6-07

CLERK                DATE

(By) DEPUTY CLERK