IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| WACHOVIA BANK, NA, | ) |
|     Plaintiff, | ) |
| | ) CIVIL ACTION FILE |
| v. | ) NO. 3:07-CV-00993-MHT-WC |
| CABANA WEST, L.P., | ) |
| MILES E. HILL, and | ) |
| RUDOPLH H. BEAVER, | ) |
|     Defendants. | ) |

**STIPULATION REGARDING ANSWER DATE**

Wachovia Bank, NA, having filed an Amended Complaint on November 8, 2007, and having served said pleading on Defendants Cabana West, L.P., Miles E. Hill, and Rudolph H. Beaver (collectively "Defendants") by certified mail on November 16, 2007, hereby stipulates that Defendants shall have until December 6, 2007, within which to file an Answer or other responsive pleading in this matter.

This 27th day of November, 2007

                **BURR & FORMAN, LLP**

                By: /s/ Jason D. Woodard
                   D. Christopher Carson (CAR099)
                   Jason D. Woodard (WOO095)
                   Jennifer A. Harris (HAR273)

                Attorneys for Wachovia Bank, NA

420 North 20th Street
Suite 3400 – Wachovia Tower
Birmingham, Alabama 35203
(205) 251-3000
(205) 458-5100 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 27th day of November, 2007:

Cabana West, LP
c/o Miles Hill, its Registered Agent
730 North Dean Road, Suite 200
Auburn, AL  36830

Miles E. Hill, Jr.
730 North Dean Road, Suite 200
Auburn, AL  36830

Rudolph H. Beaver
730 North Dean Road, Suite 200
Auburn, AL 36830

/s/ Jason D. Woodard
OF COUNSEL