IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, successor by merger to SouthTrust Bank, <br><br> Plaintiff, <br><br> v. <br><br> CABANA WEST, L.P., MILES E. HILL, JR., and RUDOLPH H. BEAVER, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:07-CV-00993-MHT-WC |

**CORPORATE DISCLOSURE STATEMENT**

COMES NOW one of the Defendants, Rudolph H. Beaver, and pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 3.4 of the United States District Court for the Middle District of Alabama, to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Rudolph H. Beaver certifies as follows:

Rudolph H. Beaver is President and only stockholder in the following entities:

Olympia Diversified Construction Corporation;

Sunbelt Management Company;

International Jets, Inc.; and

Beaver Arabian Farms.

Sunbelt Management Company is the general partner in the limited partnership entities listed on Exhibit "A" attached hereto.

/s/Lee R. Benton
Lee R. Benton

ASB: 8421-E63L<br>**Attorney for Rudolph H. Beaver**

OF COUNSEL:

BENTON & CENTENO, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
(205) 278-8000 Telephone
(205) 278-8008 Facsimile

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing pleading by electronic transmission or by first class mail to the following on this the 5th day of February, 2008:

D. Christopher Carson
Jason D. Woodard
Jennifer A. Harris
Burr & Forman, LLP
420 North 20th Street
Suite 3400 - Wachovia Tower
Birmingham, Alabama 35203

T. Daniel Brannon
William J. Sheppard
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326

/s/Lee R. Benton<br>Of Counsel

| |
|---|
| APPLEWOOD ESTATES, LTD. |
| ARBOR ACRE ESTATES, LTD. |
| ASHLAND GARDEN APTS, LTD. |
| ATMORE GARDEN APTS, LTD. |
| AZALEA COURT INV. GRP |
| BAY SPRINGS APARTMENTS II, L.P. |
| BAY ST. LOUIS, LTD. |
| MARION ASSOCIATES, L.P. |
| B & G, A PARTNERSHIP |
| B & G, A PARTNERSHIP |
| BRENTWOOD ESTATES, LTD. |
| FLORENCE FAMILY, L.P. |
| WOODBRIAR APTS., LTD. |
| BRIDLEWOOD TERRACE, L.P. |
| YAZOO CITY PROPERTIES, LTD. |
| BARBOUR COUNTY ASSOC, LTD |
| BROOKHAVEN APARTMENTS II, L.P. |
| BROOKWOOD ASSOC, LTD. |
| BRUCE SENIOR APARTMENTS, LTD. |
| CALLAWAY VILLAGE, LTD. |
| CAMELLIA CITY PROPERTIES, LTD. |
| NORTHEAST CANTON PROPERTIES, LTD. |
| THE VILLAGE @ CARRIAGE HILLS LTD. |
| COVINGTON CTY ASSOC., LTD. |
| COLUMBIA ASSOC., LTD. |
| COPIAH ASSOCIATES, L.P. |
| CARROLL COUNTY ASSOC., LTD. |
| MAC ASSOCIATES, L.P. |
| COACHLIGHT MANOR OF BRANDON, LTD. |
| COACHLIGHT MANOR OF FULTON II, LTD. |
| COLONIAL VILLAGE, L.P. |
| SOUTH HORN LAKE PROPERTIES, L.P. |
| SOUTH FULTON ELDERLY, L.P. |
| CALHOUN CO ASSOC. LTD. |
| CRYSTAL SPRINGS ASSOC., LTD. |
| DALE COUNTY ASSOC., LTD. |
| TURNER PROPERTIES III, LTD. |
| MAGEE ELDERLY, L.P. |
| ELK RIVER ASSOCIATES, L.P. |
| ELLISVILLE APARTMENTS II, L.P. |
| ENGLISH OAKS ESTATES, LTD. |
| EVERGREEN GARDEN APTS, LTD |
| NORTH YAZOO PROPERTIES, L.P. |
| FALCON CREST ESTATES, LTD. |
| FLOMATON WOODS LTD. |
| FOREST HILLS APTS., LTD. |
| FORREST RIDGE APTS., LTD |
| FRANKLIN COUNTY ASSOC., LTD. |
| FOXFIRE ESTATES, LTD. |
| GARDEN APTS. OF RAYMOND II, L.P. |
| GREEN TREE ESTATES, LTD. |
| COMO PROPERTIES, LTD. |
| HOLLY HILL, LTD. |

| |
|---|
| HICKORY FLAT ASSOCIATES II, L.P. |
| HIDDEN VALLEY APTS, LTD. |
| LAWRENCE ROAD PROPERTIES, L.P. |
| MAGEE HOUSING ASSOC., LTD. |
| HOLLY ASSOCIATES, LTD. |
| CRYSTAL SPRINGS HOUSING ASSOC. |
| JEFFERSON ESTATES, LTD. |
| LEEDS FAMILY, L.P. |
| WEST SHELBY PROPERTIES, LTD. |
| KNOB HILL APTS., LTD. |
| LAKE FOREST ESTATES, LTD. |
| LAKE WANDA REITA APTS., LTD. |
| TCHULA ELDERLY, L.P. |
| LAMAR VILLA ASSOC., LTD. |
| BENTONIA ELDERLY, L.P. |
| LINCOLN ASSOC., LTD. |
| BROOKHAVEN, LTD. |
| MAGEE ASSOCIATES II, L.P. |
| GULFPORT ASSOC., LTD. |
| GUIN, LTD. |
| LOOKING GLASS ASSOC., LTD. |
| MAISON DEDEAUX APTS., LTD |
| MARION GARDEN APTS. LTD. |
| MAYFAIR APTS., LTD. |
| BLOUNTSVILLE ASSOC., LTD. |
| MENDENHALL ASSOCIATES, II, L.P. |
| CHOCTAW COUNTY ASSOC., LTD. |
| MISTY MANOR ESTATES, LTD. |
| JASPER COUNTY ASSOC., LTD. |
| WESSON, LTD. |
| MOUNTAIN VIEW ASSOCIATES, LTD. |
| NEW AUGUSTA APTS, LTD. |
| OAKRIDGE APTS., LTD |
| CRYSTAL SPRINGS FAMILY, L.P. |
| OLYMPIA ESTATES, LTD. |
| PALMETTO ESTATES, LTD. |
| PARK VILLAGE, LTD. |
| CHILTON COUNTY ASSOC., LTD. |
| GROVE HILL ASSOC., LTD. |
| CANTON PARTNERS, L.P. |
| ALABAMA PROPERTIES, LTD. |
| NORTHWEST PHILADELPHIA PROP., LTD. |
| PICAYUNE APARTMENTS II, L.P. |
| PIEDMONT ASSOC., LTD. |
| CALHOUN ASSOCIATES, LTD. |
| CALHOUN ASSOC., LTD. II |
| MCCOMB FAMILY, L.P. |
| PINE SHADOW, LTD. |
| PIKE COUNTY ASSOC., LTD. |
| PURVIS HEIGHTS PROPERTIES, L.P. |
| PONTOTOC APARTMENTS, LTD. |
| B & G, A PARTNERSHIP |
| ALABAMA PROPERTIES, LTD. IV |

| |
|---|
| SOUTHWEST NEWTON PROPERTIES, LTD. |
| ALABAMA PROPERTIES, LTD. V |
| FORT PAYNE ASSOCIATES, LTD. |
| ANDALUSIA GARDEN APTS., LTD. |
| ANDALUSIA GARDEN APTS., LTD. |
| RICHTON, LTD. |
| RUSSELLVILLE ASSOC., LTD. |
| RIPLEY ASSOCIATES, LTD. |
| RIVER OAKS APTS., LTD. |
| TURNER PROPERTIES I, LTD. |
| TURNER PROPERTIES II, LTD. |
| ROANOKE GARDEN EST. LTD. |
| ROANOKE TOWNHOUSE |
| ROBERTSDALE GARDEN TWNHS, LTD. |
| TURNER PROPERTIES III, LTD. |
| FOLEY ASSOC., LTD. |
| RANKIN COUNTY ASSOC., LTD. |
| WARSAW ELDERLY HSG, LTD. |
| RULEVILLE VILLAS, LTD. |
| WOOLMARKET ASSOC., LTD. |
| SHADOWOOD ESTATES, LTD. |
| SANDPIPER ESTATES, LTD. |
| SHENANDOAH ESTATES, LTD. |
| SILVER CITY ELDERLY, L.P. |
| MARSHALLVILLE ASSOC., LTD. |
| SOUTH MERIDIAN APARTMENTS, LTD. |
| SUMMIT ASSOCIATES II, L.P. |
| SUNSET APTS., LTD. |
| SYLACAUGA GDN APTS I, LTD. |
| SYLACAUGA GDN APTS II, LTD. |
| SYLACAUGA GDN APTS III LTD. |
| SYLACAUGA HERITAGE APTS, LTD. |
| TALLASSEE GDN APTS, LTD. |
| TERRY APARTMENTS, LTD. |
| TIMBERLANE APTS., LTD. |
| UNION APARTMENTS II, L.P. |
| TURNER PROPERTIES III, LTD. |
| BATESVILLE FAMILY, L.P. |
| LOUIS ASSOCIATES, L.P. |
| WETUMPKA GARDEN APTS, LTD |
| WALKER COUNTY ASSOC., LTD. |
| ALABAMA PROPERTIES, LTD. II |
| CENTRE ASSOC., LTD. |
| SEMIMARY ELDERLY, L.P. |
| WINONA VILLAS, LTD. |
| TURNER PROPERTIES III, LTD. |
| CLEBURNE CTY ASSOC., LTD. |
| WOODLAND VIEW APTS., LTD. |
| YAZOO CITY SENIOR II, LTD. |