IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

WACHOVIA BANK, N.A.,                )
                                    )
    Plaintiff/Counterclaim       )
    Defendant,                   )  CIVIL ACTION FILE
v.                                  )  NO. 3:07-CV-993-MHT
                                    )
CABANA WEST, L.P.                   )
MILES E. HILL, JR., and             )
RUDOLPH BEAVER,                     )
                                    )
    Defendants/Counterclaim      )
    Plaintiffs.                  )

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.1(b), L.R. M.D. Ala., the undersigned applies for admission to the Bar of this Court in order to appear specially in this matter as counsel for Defendants Cabana West, L.P. and Miles E. Hill, Jr. In support of this Motion, the undersigned states as follows:

1. I am not admitted to practice before the Supreme Court of Alabama.

2. I reside in the area encompassed by the United States District Court for the Northern District of Georgia. I am admitted to practice before that court. I am also admitted to practice before the following additional courts:

    (a) All Georgia state courts, including the Georgia Supreme Court and the Georgia Court of Appeals

    (b) The United States Eleventh Circuit Court of Appeals;

(c) The United States District Court for the Middle District of Georgia;

(d) The United States District Court for the Western District of Pennsylvania; and

(e) The United States District Court for the Eastern District of Michigan.

3. Attached to this Motion is an original certificate of good standing provided by the United States District Court for the Northern District of Georgia. Also attached is a letter of good standing provided by the State Bar of Georgia.

4. I make this application contemporaneously with the filing of responsive pleadings in the above-styled action on behalf of Cabana West and Mr. Hill.

5. I will make arrangements for registration with the Court for filing and receiving notices electronically.

6. Enclosed with this Motion is a check for $50.00 representing the fee due in connection with this application for special admission in this matter.

This 8th day of February, 2008.

Respectfully submitted,

**MORRIS, MANNING & MARTIN, LLP**

By: _____
William J. Sheppard
Georgia Bar No. 641980

Attorneys for Cabana West
and Miles Hill

1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326-1044
(404) 233-7000
(404) 365-9532 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| WACHOVIA BANK, N.A., ) | |
| ) | |
| Plaintiff/Counterclaim ) | |
| Defendant, ) | CIVIL ACTION FILE |
| v. ) | NO. 3:07-CV-993-MHT |
| ) | |
| CABANA WEST, L.P. ) | |
| MILES E. HILL, JR., and ) | |
| RUDOLPH BEAVER, ) | |
| ) | |
| Defendants/Counterclaim ) | |
| Plaintiffs. ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused service of the within and foregoing **MOTION FOR ADMISSION PRO HAC VICE** to be served upon all parties in the above-styled action via United States Mail, addressed to the following:

    D. Christopher Carson, Esq.
    Jason Woodard, Esq.
    Burr & Forman, LLP
    420 North 20th Street
    Suite 4300 – Wachovia Tower
    Birmingham, Alabama 35203

    Lee R. Benton, Esq.
    Benton & Centeno, LLP
    2019 Third Avenue
    Birmingham, Alabama 35203

This 8th day of February, 2008.

                                              William J. Sheppard
                                              Georgia Bar No. 641980



# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

      I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

      **DO HEREBY CERTIFY** that **WILLIAM JOSEPH SHEPPARD, 641980,** was duly admitted to practice in said Court on August 31, 1992 and is in good standing as a member of the bar of said Court.

      Dated at Atlanta, Georgia, this 8th day of February, 2008.

      JAMES N. HATTEN
      CLERK OF COURT

By: _____
Phyllis Brannon
Deputy Clerk



```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003842
Cashier ID: khaynes
Transaction Date: 02/11/2008
Payer Name: MORRIS MANNING AND MARTIN LLP
-----------------------------------------
PRO HAC VICE
 For: WILLIAM JOSEPH SHEPPARD
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
-----------------------------------------
CHECK
 Check/Money Order Num: 211204
 Amt Tendered:  $50.00
-----------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00
```

MPHV- WILLIAM JOSEPH SHEPPARD


3:07-cv-00993-MHT-WC


 Wachovia Bank, National
Association v. Cabana West, L.P. et
al