IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, successor by merger to SouthTrust Bank, )<br><br>    Plaintiff, )<br>        )<br>    v. )<br>        )<br>CABANA WEST, L.P., et al., )<br>        )<br>    Defendants. ) | <br><br><br><br><br>CIVIL ACTION NO.<br>3:07cv993-MHT |

ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 14) is granted.

DONE, this the 12th day of February, 2008.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE