IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| WACHOVIA BANK, N.A., ) | |
| ) | |
| Plaintiff/Counterclaim ) | |
| Defendant, ) | CIVIL ACTION FILE |
| v. ) | NO. 3:07-CV-993-MHT |
| ) | |
| CABANA WEST, L.P. ) | |
| MILES E. HILL, JR., and ) | |
| RUDOLPH BEAVER, ) | |
| ) | |
| Defendants/Counterclaim ) | |
| Plaintiffs. ) | |

## MOTION FOR EXTENSION OF TIME

Cabana West, L.P. ("Cabana West") and Miles Hill have recently filed an Answer in the above-styled action. Absent an extension, the parties in this action are required to prepare and file a Rule 26(f) Report on or before Friday, February 15, 2008. The undersigned counsel for Cabana West and Mr. Hill is appearing as lead counsel in a trial during the week of February 11-15 in the Superior Court of Cobb County, Georgia and is unable to participate in the conferences required before that Rule 26(f) Report may be prepared. Therefore, Cabana West and Mr. Hill request that the Court extend the deadline for filing the Rule 26(f) Report in this action until February 22, 2008.

This ___13th___ day of February, 2008.

> Respectfully submitted,
>
> **MORRIS, MANNING & MARTIN, LLP**
>
>
> By: ___/s/ William J. Sheppard___
>    William J. Sheppard
>    Georgia Bar No. 641980
>    Admitted Pro Hac Vice
>
> Attorneys for Cabana West
> and Miles Hill

1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326-1044
(404) 233-7000
(404) 365-9532 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| WACHOVIA BANK, N.A., ) | |
| ) | |
| Plaintiff/Counterclaim ) | |
| Defendant, ) | CIVIL ACTION FILE |
| v. ) | NO. 3:07-CV-993-MHT |
| ) | |
| CABANA WEST, L.P. ) | |
| MILES E. HILL, JR., and ) | |
| RUDOLPH BEAVER, ) | |
| ) | |
| Defendants/Counterclaim ) | |
| Plaintiffs. ) | |

CERTIFICATE OF SERVICE

I hereby certify that I have on this day, filed electronically via CM/ECF a true copy of the within and foregoing **MOTION FOR EXTENSION OF TIME** in the appropriate court of jurisdiction, with notice of same being electronically served by the Court, addressed to the following:

> D. Christopher Carson, Esq.
> Jason Woodard, Esq.
> Burr & Forman, LLP
> 420 North 20th Street
> Suite 4300 – Wachovia Tower
> Birmingham, Alabama 35203
>
> Lee R. Benton, Esq.
> Benton & Centeno, LLP
> 2019 Third Avenue
> Birmingham, Alabama 35203

This ___13th___ day of February, 2008.

___/s/ William J. Sheppard___
William J. Sheppard
Georgia Bar No. 641980

MMMBUCKHEAD-#1889956-v1-CHARTER-Mot for Ext-Cabana.DOC