IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, successor by merger To SouthTrust Bank,<br><br>Plaintiff,<br><br>v.<br><br>CABANA WEST, L.P., MILES E. HILL, JR., AND RUDOLPH H. BEAVER,<br><br>Defendants. | CIVIL ACTION NO.<br>3:07-cv-00993-MHT-WC |

### CORPORATE CONFLICT DISCLOSURE STATEMENT

COMES NOW Cabana West, L.P., a defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Cabana West, LP | General Partner |
| Miles E. Hill, Jr. | Managing Member |
| RH Beaver | Limited Partner |
| John C. McConahey | Limited Partner |

Respectfully submitted this 13th day of February 2008.

**MORRIS, MANNING & MARTIN, LLP**


By: /s/ William J. Sheppard
    William J. Sheppard
    Georgia Bar No. 641980
    Admitted Pro Hac Vice

Attorneys for Cabana West, LP

1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326-1044
(404) 233-7000
(404) 365-9532 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, successor by merger To SouthTrust Bank )<br><br>Plaintiff, )<br><br>v. )<br><br>CABANA WEST, L.P., MILES E. HILL, JR., AND RUDOLPH H. BEAVER, )<br><br>Defendants. ) | CIVIL ACTION NO.<br>3:07-cv-00993-MHT-WC |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day, filed electronically via CM/ECF a true copy of the within and foregoing **CORPORATE CONFLICT DISCLOSURE STATEMENT** in the appropriate court of jurisdiction, with notice of same being electronically served by the Court, addressed to the following:

D. Christopher Carson, Esq.
Jason Woodard, Esq.
Burr & Forman, LLP
420 North 20th Street
Suite 4300 – Wachovia Tower
Birmingham, Alabama 35203

Lee R. Benton, Esq.
Benton & Centeno, LLP
2019 Third Avenue
Birmingham, Alabama 35203

This 13th day of February, 2008.

/s/ William J. Sheppard
Georgia Bar No. 641980