IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
WACHOVIA BANK, NATIONAL      )
ASSOCIATION, successor by    )
merger to SouthTrust Bank,   )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )     3:07cv993-MHT
                             )
CABANA WEST, L.P., et al.,   )
                             )
    Defendants.              )
```

ORDER

It is ORDERED as follows:

(1) The motion for extension of time (Doc. No. 16) is granted.

(2) The parties are allowed until February 22, 2008, to file the Rule 26(f) report.

DONE, this the 13th day of February, 2008.

                                      /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE