IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

WACHOVIA BANK, NATIONAL      )
ASSOCIATION, successor by    )
merger to SouthTrust Bank,   )
                             )
     Plaintiff,              )
                             )        CIVIL ACTION NO.
     v.                      )         3:07cv993-MHT
                             )
CABANA WEST, L.P., et al.,   )
                             )
     Defendants.             )

ORDER

It is ORDERED that the motion to dismiss and alternative motion for more definite statement (Doc. No. 23) are set for submission, without oral argument, on April 1, 2008, with all briefs due by said date.

DONE, this the 5th day of March, 2008.


     /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE