IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, successor by merger to SouthTrust Bank, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-CV-00993-MHT-WC |
| | ) | |
| CABANA WEST, L.P., MILES E. HILL, JR., and RUDOLPH H. BEAVER, | ) ) | |
| | ) | |
| Defendants. | ) | |

**RULES 26 INITIAL DISCLOSURES**

COMES NOW Rudolph H. Beaver, one of the named Defendants in the above-described

cause, and in compliance with Rule 26(a)(1) and the Planning Report of the Parties, sets forth and

provides as follows:

    A.    Those individuals likely to have discoverable information are identified as follows:

Rudolph H. Beaver
c/o Lee R. Benton, Esq.
2019 Third Avenue North
Birmingham, AL 35203
(205) 278-8000

Miles E. Hill, Jr.
c/o William J. Sheppard
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
404/233-7000

Andy Raines (Wachovia Bank)
c/o Jason D. Woodard

Burr & Forman, LLP
420 North 20th Street
Suite 3400 - Wachovia Tower
Birmingham, Alabama 35203
205/251-3000

Maynard Brothers (Wachovia Bank)
c/o Jason D. Woodard
Burr & Forman, LLP
420 North 20th Street
Suite 3400 - Wachovia Tower
Birmingham, Alabama 35203
205/251-3000

Lloyd Miller (Wachovia Bank - Construction Inspector)
c/o Jason D. Woodard
Burr & Forman, LLP
420 North 20th Street
Suite 3400 - Wachovia Tower
Birmingham, Alabama 35203
205/251-3000

Jack McConnahey
256/878-2408

Ralph Fullerton (Olympia Construction Company)
256/878-6054

Corky Carter (Cabana West, LP)
c/o William J. Sheppard
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
404/233-7000

Colin Carter
c/o Charter Construction
334/663-6846 (cell)

Representatives of Coursey & Associates - Architects
770/432-2727

Bill Baringer and/or Glen Baringer
c/o Charter Construction
334/319-3082

Larry Miller
c/o Sunbelt Management Company
P.O. Box 2409
Albertville, AL 35950
256/878-2408

B.     Supplied contemporaneously herewith and Bates stamped Beaver00001 through Beaver00660 are the following documents, herein categorized as follows:

(1)     original construction loan documents and amendments;

(2)     proposed restructuring of loan agreements;

(3)     accounting of site superintendent payroll and expenses;

(4)     organizational documents;

(5)     copies of certain checks paid to subcontractors by Wachovia; and

(6)     draw 15 with accompanying attachments.

C.     To the extent damages can be calculated at this point in time, it is believed that draw 15 equaled $1,249,648; draw 16 totaled $1,553,079.97; draw 17 totaled $1,990,027.53; and draw 18 totaled $1,260,638.11 for a total draw requests paid without authorization of $6,053,393.61. Other compensatory, consequential and incidental damages will be identified as specifics become known.

D.     No insurance is applicable.

/s/Lee R. Benton
Lee R. Benton
ASB: 8421-E63L

**Attorney for Rudolph H. Beaver**

OF COUNSEL:

BENTON & CENTENO, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
(205) 278-8000 Telephone
(205) 278-8008 Facsimile

<u>**CERTIFICATE OF SERVICE**</u>

 I hereby certify that I have served a copy of the foregoing pleading by electronic transmission or by first class mail to the following on this the 10th day of March, 2008:

Jason D. Woodard
Jennifer A. Harris
Burr & Forman, LLP
420 North 20th Street
Suite 3400 - Wachovia Tower
Birmingham, Alabama 35203

T. Daniel Brannon
William J. Sheppard
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326

    /s/Lee R. Benton
    Of Counsel