IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

WACHOVIA BANK, N.A.,                )
                                    )
    Plaintiff/Counterclaim          )
    Defendant,                      )   CIVIL ACTION FILE
v.                                  )   NO. 3:07-CV-993-MHT-WC
                                    )
CABANA WEST, L.P.,                  )
MILES E. HILL, JR., and             )
RUDOLPH BEAVER,                     )
                                    )
    Defendants/Counterclaim         )
    Plaintiffs.                     )

### INITIAL DISCLOSURES OF CABANA WEST AND MILES E. HILL

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Cabana West, L.P. (the "Owner") and Miles E. Hill, Jr. hereby file their Initial Disclosures, showing this Court as follows:

1. Identity of Witnesses

The following persons are believed to have knowledge of facts relevant to the claims and defenses presented in this action:

        Miles E. Hill
        Cabana West, L.P.
        c/o William J. Sheppard
        Morris, Manning & Martin, LLP
        1600 Atlanta Financial Center
        3343 Peachtree Road
        Atlanta, Georgia 30326

        Rudolph Beaver
        c/o Lee Benton
        Benton & Centeno, LLP
        2019 Third Avenue North
        Birmingham, Alabama 35203

>Andy Raine
>Rick Lyon
>Wachovia Bank, N.A.
>c/o Jason Woodard
>Burr & Forman, LLP
>3400 Wachovia Tower
>420 North 20th Street
>Birmingham, Alabama 35203
>
>Mark Powell
>BridgePoint Advisors
>2475 Northwinds Parkway
>Suite 250
>Alpharetta, Georgia 30004

The Owner and Mr. Hill reserve the right to supplement and amend this response if additional information becomes available.

2. <u>Documents</u>.

The Owner and Mr. Hill will make available at a time and place mutually convenient to the parties non-privileged documents (including electronically stored information) and tangible things in their possession, custody, or control that relate to the claims and defenses of the parties in this action.

The Owner and Mr. Hill reserve the right to produce additional discoverable documents and things if they are discovered subsequent to this filing of this disclosure.

3. <u>Damages</u>.

The Owner and Mr. Hill are seeking to recover and/or set off compensatory damages that arise from and relate to the improper actions of Plaintiff Wachovia Bank in administering the loan that is the subject of this action and/or other

transactions involving the parties. The amount of those damages is not yet known. Additionally, the Owner and Mr. Hill seek to recover attorneys' fees and expenses of litigation pursuant to O.C.G.A. § 13-6-11 and punitive damages.

4. <u>Insurance</u>.

The Owner and Mr. Hill are unaware of the existence of any insurance policy that is applicable in this action.

This 11th day of March, 2008.

                    Respectfully submitted,

                    MORRIS, MANNING & MARTIN, LLP

                    By: /s/ Bill Sheppard
                    William J. Sheppard
                    Georgia Bar No. 641980
                    Admitted Pro Hac Vice

                    Attorneys for Cabana West
                    and Miles Hill

1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326-1044
(404) 233-7000
(404) 365-9532 (fax)

```
IN THE UNITED STATES DISTRICT COURT
  FOR THE MIDDLE DISTRICT OF ALABAMA
```

| | |
|---|---|
| WACHOVIA BANK, N.A., )<br><br>   Plaintiff/Counterclaim )<br>   Defendant, )<br>v. )<br> )<br>CABANA WEST, L.P., )<br>MILES E. HILL, JR., and )<br>RUDOLPH BEAVER, )<br> )<br>   Defendants/Counterclaim )<br>   Plaintiffs. ) | CIVIL ACTION FILE<br>NO. 3:07-CV-993-MHT-WC |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused service of the within and foregoing **INITIAL DISCLOSURES OF CABANA WEST AND MILES HILL** to be served upon all parties in the above-styled action via United States Mail, addressed to the following:

    D. Christopher Carson, Esq.
    Jason Woodard, Esq.
    Burr & Forman, LLP
    420 North 20th Street
    Suite 4300 - Wachovia Tower
    Birmingham, Alabama 35203

    Lee R. Benton, Esq.
    Benton & Centeno, LLP
    2019 Third Avenue
    Birmingham, Alabama 35203

This 11th day of March, 2008.

_____
William J. Sheppard
Georgia Bar No. 641980