# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

## MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
WACHOVIA BANK, NATIONAL      )
ASSOCIATION, successor by    )
merger to SouthTrust Bank,   )
                             )
     Plaintiff,              )
                             )      CIVIL ACTION NO.
     v.                      )       3:07cv993-MHT
                             )
CABANA WEST, L.P., et al.,   )
                             )
     Defendants.             )
```

### ORDER

It is ORDERED that the motion to dismiss and alternative motion for more definite statement (Doc. No. 23) are denied.

DONE, this the 17th day of April, 2008.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE